UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY D. PEOPLES,

       Petitioner,

          v.

WARDEN,

       Respondent.

NO. CV 16-2123-SVW (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition as untimely.

DATED:    November 22, 2016   

                             STEPHEN V. WILSON
                          United States District Judge