UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY D. PEOPLES, | ) | NO. CV 16-2123-SVW (AGR) |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied as untimely.

DATED: November 22, 2016

_____
STEPHEN V. WILSON
United States District Judge